**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

IYON JACKSON,

        Petitioner,

v.                                                                                  CIVIL ACTION NO. 5:25-cv-00365

W. HOLZAPFEL,

        Respondent.

## <u>ORDER</u>

Pending is Petitioner Iyon Jackson's Petition for a Writ of Habeas Corpus [ECF 1], filed June 2, 2025.

This action was previously referred to the Honorable Joseph K. Reeder, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Reeder filed his PF&R on March 12, 2026. [ECF 14]. Magistrate Judge Reeder recommended the Court dismiss the action without prejudice pursuant to *Federal Rule of Civil Procedure* 41(b). [ECF 14 at 1, 5].

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's

findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on March 30, 2026. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 14**], **DENIES** the Petition for a Writ of Habeas Corpus [**ECF 1**], and **DISMISSES WITHOUT PREJUDICE** the matter.

The Court directs the Clerk to transmit a copy of this Order to counsel of record and any unrepresented party.

ENTER:       April 8, 2026

Frank W. Volk
Chief United States District Judge

2